IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOEY HOWARD, #185 308, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:18-CV-704-ECM |
| | ) | |
| JONATHAN WELCH, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On August 30, 2018, the Magistrate Judge filed a Recommendation to which no timely objection has been filed. Doc. 15. There being no objection filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. Plaintiff's claims against Defendant Ozark Police Department are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i).

2. The Ozark Police Department is TERMINATED as a party to the complaint.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure as to Defendant Ozark Police Department.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings regarding Plaintiff's claims against the remaining defendants.

DONE this 12th day of October, 2018.

/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE