IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOEY HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:18-cv-704-RAH-CSC |
| | ) | |
| JOHNATHAN WELCH, *et. al.,* | ) | |
| | ) | |
| Defendants. | | |

## **O R D E R**

Before the court is the Magistrate Judge's Report and Recommendation filed April 26, 2021 (Doc. 53) to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. Defendants' motions to dismiss and for summary judgment are GRANTED;

3. This case is DISMISSED with prejudice;

4. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

DONE, on this the 20th day of May, 2021.

                        /s/ R. Austin Huffaker, Jr.
                        R. AUSTIN HUFFAKER, JR.
                        UNITED STATES DISTRICT JUDGE